# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*In re*: Eric Lipman
Attorney at Law, Bar No. 4319

Case No. 2:22-ms-00077

ORDER OF SUSPENSION

On December 12, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 16, 2022. The OSC provided Mr. Lipman with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. Mr. Lipman responded with the attached letter indicating he does not oppose entry of a reciprocal order of suspension.

It is therefore ordered that Eric Lipman, Bar No. 4319, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 13th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 21st day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Eric Lipman
> 4385 Benchmark Trace
> Tallahassee, FL 32317

Certified Mail No.: 7020 3160 0000 7420 3494

> /s/ Sharon H.
> Deputy Clerk
> United States District Court
> District of Nevada

Federal Correctional Complex Low
PO Box 1031
Coleman, FL 33521
February 27, 2023

Chief Judge Miranda M. Du
Bruce R. Thompson US Courthouse
400 South Virginia Street
Reno, NV 89501-2143

Re: Case Number 2:22-ms-00077

Dear Judge Du,

Pursuant to Rule 3-5.1, Rules Regulating the Florida Bar and applicable rule of Nevada Professional Responsibility, enclosed please find the Opinion of the Florida Supreme Court in Case Number SC22-1311.

I have no objection to entry of an Order of Reciprocal Discipline without further notice.

Sincerely,

Eric M. Lipman
Register # 55255-509

# Supreme Court of Florida

THURSDAY, NOVEMBER 17, 2022

**CASE NO.: SC22-1131**
Lower Tribunal No(s).:
2022-00,534(2A) (NDR)

IN RE: PETITION FOR DISCIPLINARY REVOCATION OF
ERIC MATTHEW LIPMAN

---

The uncontested amended petition for disciplinary revocation, as provided by Rule 3-7.12, Rules Regulating the Florida Bar, without leave to seek readmission, is granted, subject to the continuing jurisdiction of this Court, effective immediately. *See Florida Bar v. Ross*, 732 So. 2d 1037, 1040-42 (Fla. 1998). Disciplinary revocation is tantamount to disbarment. *Florida Bar v. Hale*, 762 So. 2d 515 (Fla. 2000). Inasmuch as petitioner's amended disciplinary revocation petition was submitted without leave to seek readmission, his revocation is permanent. Petitioner shall fully comply with Rule Regulating the Florida Bar 3-5.1(h). Petitioner shall also fully comply with Rule Regulating the Florida Bar 3-6.1, if applicable.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Eric Matthew Lipman in the amount of $1,257.00, for which sum let execution issue.

**CASE NO.:** SC22-1131
Page Two

Not final until time expires to file motion for rehearing, and if filed, determined. <u>The filing of a motion for rehearing shall not alter the effective date of this permanent revocation.</u>

MUÑIZ, C.J., and CANADY, POLSTON, LABARGA, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court



ca
Served:

SHANEÉ L. HINSON
ERIC MATTHEW LIPMAN
PATRICIA ANN TORO SAVITZ



Eric Lipman - 55355-501
Federal Correctional Complex Low
PO Box 1031
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
28 FEB 2023 PM 3 L

Honorable Miranda M. Du, Chief Judge
US District Court - District of Nevada
400 South Virginia Avenue
Reno, NV 89501-2163

89501-213258