UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Eric Lipman<br>Attorney at Law, Bar No. 4319 | Case No. 2:22-ms-00077-MMD<br><br>ORDER OF DISBARMENT |

Attorney Eric Lipman, Bar No. 4319, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed August 24, 2023. (ECF No. 9 at 4-6.) On August 31, 2023, this Court issued and entered an initial Order to Show Cause ("OSC") (*id.*) mailed via certified mail. The OSC provided Mr. Lipman with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Lipman. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Eric Lipman, Bar No. 4319, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 24th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th Day of October 2023, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Eric Lipman
> 4385 Benchmark Trace
> Tallahassee, FL 32317

Certified Mail No.: 7020 3160 0000 7420 4859

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada